United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HALLE PROPERTIES, L.L.C., et al.,<br><br>    Defendants. | Case No. 19-cv-08073-SVK<br><br>**ORDER CONTINUING SHOW CAUSE HEARING**<br><br>Re: Dkt. No. 16 |

Before the Court is Plaintiff Scott Johnson's Response to this Court's February 26, 2020 Order to Show Cause. Dkt. 16. Good cause appearing, the March 31, 2020 Order to Show Cause hearing is hereby **CONTINUED** to **May 15, 2020 at 9:30 a.m.** A stipulation of dismissal or a show cause response must be filed by **April 24, 2020 at 12:00 p.m.** If a dismissal is filed by that time, the Order to Show Cause hearing will be vacated.

**SO ORDERED.**

Dated: March 26, 2020

SUSAN VAN KEULEN
United States Magistrate Judge